PROB 12C
(6/16)

Report Date: October 18, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maria Teresa Quintero-Diaz                Case Number: 0980 4:15CR06009-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 21, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the U.S. After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison 6 months; TSR - 36 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | October 9, 2015 |
| Defense Attorney: | Federal Defenders, Yakima | Date Supervision Expires: | October 8, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **#14** : Defendant is prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should Defendant reenter the United States, Defendant is required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: Maria Teresa Quintero-Diaz is considered in violation of her conditions of supervised release by returning to the United States without obtaining advance legal permission from the U.S. Attorney General or his designee, and failing to report to the probation office within 72 hours of reentry.

Information was received on October 18, 2016, by a Benton County juvenile probation officer, that he had contact with Ms. Quintero-Diaz at a Costco store in Kennewick, WA, on October 16, 2017. The juvenile probation officer had a conversation with Ms. Diaz, in which she stated "you didn't see me" in what the probation officer determined was a joking manner. The probation officer stated the contact was ended shortly thereafter. It is unknown where Ms. Quintero-Diaz is living, or when she reentered the United States. Contact with the U.S. Immigration and Customs Enforcement revealed the offender has not obtained permission to reenter the United States.

Prob12C
Re: Quintero-Diaz, Maria Teresa
October 18, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/18/2016

Date