PROB 12C
(6/16)

Report Date: February 14, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maria Teresa Quintero-Diaz        Case Number: 0980 4:15CR06009-SMJ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: May 21, 2015

| | | |
|---|---|---|
| Original Offense: | Alien in the U.S. After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 6 M; TSR - 36 M | Type of Supervision: Supervised Release |
| Revocation Sentence Date: January 13, 2017 | Prison - 1 M; TSR - 35 M | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: January 13, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: December 12, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Maria Teresa Quintero-Diaz is considered to be in violation of her conditions of supervised release by returning to the United States without obtaining advance legal permission from the United States Attorney General or his deisgnee, on or about February 10, 2017. |
| | Information was received on February 13, 2017, from the U.S. Customs and Border Protection office that Ms. Quintero-Diaz attempted to enter the United States on February 10, 2017, at the San Ysidro Port of Entry. Ms. Quintero-Diaz was with her sister attempting to enter the United States by using their other sister's State of California identification card and State of California birth certificate, without the other sister's knowledge. |

Prob12C
**Re: Quintero-Diaz, Maria Teresa**
**February 14, 2017**
**Page 2**

On February 11, 2017, Ms. Quintero-Diaz was placed under arrest by U.S. Customs and Border Protection officers. Ms. Quintero-Diaz agreed to submit to questioning. She made a statement in which she admitted to being deported approximately 2 weeks prior to the date she was arrested. Ms. Quintero-Diaz denied being in possession of documents or any application to receive documents to enter or pass through the United States, and that she is aware that her actions of attempting to enter the United States is illegal.

2   **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: On February 10, 2017, Maria Teresa Quintero-Diaz was arrested in the Southern District of California and charged with Attempted Entry After Deportation, Title 8 U.S. Code Section 1326.

Information was received on February 13, 2017, from the U.S. Customs and Border Protection office that Ms. Quintero-Diaz attempted to enter the United States on February 10, 2017, at the San Ysidro Port of Entry. Ms. Quintero-Diaz was with her sister attempting to enter the United States by using their other sister's State of California identification card and State of California birth certificate, without the other sister's knowledge.

On February 11, 2017, Ms. Quintero-Diaz was placed under arrest by U.S. Customs and Border Protection officers. Ms. Quintero-Diaz agreed to submit to questioning. She made a statement in which she admitted to being deported approximately 2 weeks prior to the date she was arrested. Ms. Quintero-Diaz denied being in possession of documents or any application to receive documents to enter or pass through the United States, and that she is aware that her actions of attempting to enter the United States is illegal.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/14/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Quintero-Diaz, Maria Teresa**
**February 14, 2017**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_02/14/2017_____
Date